IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SARAH E. BRATTON,

                Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                Defendants.

No. 3:23-cv-0057-HRH

## JUDGMENT AND ORDER OF REMAND

Based on the stipulation of the parties,[1] it is ordered that the Commissioner's decision in regard to plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will take any necessary action to complete the administrative record, offer plaintiff a new hearing, and issue a new decision.

DATED at Anchorage, Alaska, this  28th  day of April, 2023.

/s/   H. Russel Holland
United States District Judge

---

[1]Docket No. 8.

JUDGMENT AND ORDER OF REMAND      - 1 -